APRIL 12, 1991

No. A–770 (90–89). INTERNATIONAL PRIMATE PROTECTION LEAGUE ET AL. v. ADMINISTRATORS OF TULANE EDUCATIONAL FUND ET AL. C. A. 5th Cir. [Certiorari granted, 498 U. S. 980.] Application to recall and stay the mandate of the United States Court of Appeals for the Fifth Circuit and to reinstate the injunction of the United States District Court for the Eastern Dis-

trict of Louisiana, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. The order heretofore entered April 10, 1991, by JUSTICE KENNEDY is vacated. JUSTICE SCALIA took no part in the consideration or decision of this application.